

**NUMBER 13-15-00349-CV**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARCOS LUCIO D/B/A LIGHTHOUSE
CREDIT SOLUTIONS,**                                         **Appellant,**

**v.**

**STATE OF TEXAS,**                                               **Appellee.**

---

**On appeal from the 430th District Court
of Hidalgo County, Texas.**

---

# ORDER

**Before Justices Garza, Benavides, and Longoria
Order Per Curiam**

Appellant's retained counsel, Rene Segundo, has filed a motion to withdraw as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of

Appellate Procedure, counsel is directed to notify appellant, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellant is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, email address, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. In the interim, the Court expects this appeal to proceed as per the appellate rules. Appellant is expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed this the
28th day of October, 2015.